**Donald R. MINTZ, Plaintiff–Appellant,**

v.

**Sidney BARTHELEMY, William J. Guste, Jr., in his Capacity as Attorney General of the State of Louisiana, and The Supervisory Committee on Campaign Finance Disclosure, Defendants–Appellees.**

No. 89–3678.

United States Court of Appeals, Fifth Circuit.

Dec. 22, 1989.

Rehearing Denied Jan. 24, 1990.

George C. Freeman, III, Phillip A. Wittmann, Richard C. Stanley, David K. Hall, Stone, Pigman, Walther, Wittmann, & Hutchinson, New Orleans, LA., for plaintiff-appellant.

Morton H. Katz, Russ M. Herman, Herman, Herman, Katz & Cotlar, Julian R. Murray and Okla Jones, III, City Atty., Murray and Braden, New Orleans, LA., for Barthelemy.

Dale Charles Wilks, New Orleans, LA., John Neely Kennedy, Sp. Counsel to the Governor, Baton Rouge, LA., Jeffery Mark Lynch, Louisiana Dept. of Justice, New Orleans, LA., for Guste.

Wilson & Sexton, John Neely Kennedy, Sp. Counsel to the Governor, Office of the Governor, R. Gray Sexton, Executive Secretary, Louisiana Ethics Admin. Program,

---

Baton Rouge, LA., for Supervisory Committee, etc.

Before THORNBERRY, JOHNSON, and JOLLY, Circuit Judges.

THORNBERRY, Circuit Judge:

Affirmed on the basis of the district court's opinion at 722 F.Supp. 273 (E.D.La. 1989).

AFFIRMED.